**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **DANIEL TURNER**, | Case No. 2:23-cv-00268-HL |
| Petitioner, | **ORDER ADOPTING F&R IN FULL** |
| v. | |
| **BRAD CAIN**, | |
| Respondent. | |

Susan F. Wilk, Office of the Federal Public Defender, District of Oregon, 101 SW Main Street, Suite 1700, Portland, OR 97204. Attorney for Petitioner.

Daniel T. Toulson, Oregon Department of Justice, 1162 Court Street NE, Salem, OR 97301. Attorney for Respondent.

**IMMERGUT, District Judge.**

On April 6, 2026, Magistrate Judge Hallman issued his Findings and Recommendation ("F&R"), ECF 53, recommending that Petitioner Daniel Turner's Petition for Writ of Habeas Corpus, ECF 2, be denied. Petitioner filed objections to the F&R, ECF 58, on April 27, 2026. Respondent filed a timely response, ECF 59.

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."

PAGE 1 – ORDER ADOPTING F&R IN FULL

28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

This Court has reviewed de novo the portions of Judge Hallman's F&R to which Petitioner objected. Judge Hallman's F&R, ECF 53, is ADOPTED in full. Petitioner's Petition for Writ of Habeas Corpus, ECF 2, is DENIED and this action is DISMISSED with prejudice. A certificate of appealability is also DENIED.

**IT IS SO ORDERED**.

DATED this 23rd day of June 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER ADOPTING F&R IN FULL